| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF PENNSYLVANIA |
| Case number *(if known)* _____    Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Sacks Weston LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | **FDBA  Sacks Weston Millstein Diamond LLC**  **FDBA  Sacks Weston Diamond LLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-1286901** |
| 4. | **Debtor's address** | **Principal place of business**   **1845 Walnut Street**  **Suite 1600**  **Philadelphia, PA 19103**  Number, Street, City, State & ZIP Code   **Philadelphia**  County | **Mailing address, if different from principal place of business**   _____  P.O. Box, Number, Street, City, State & ZIP Code   **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor  **Sacks Weston LLC**  Case number (*if known*) _____
     Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Sacks Weston LLC**     Case number (*if known*)
   Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | |
| | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
   Contact name _____
   Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

| Debtor | **Sacks Weston LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Sacks Weston LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 25, 2023**
MM / DD / YYYY

X **/s/ Andrew B. Sacks**   **Andrew B. Sacks**
Signature of authorized representative of debtor   Printed name

Title **Manager**

**18. Signature of attorney**

X **/s/ David B. Smith**   Date **August 25, 2023**
Signature of attorney for debtor   MM / DD / YYYY

**David B. Smith 59098**
Printed name

**Smith Kane Holman, LLC**
Firm name

**112 Moores Road**
**Suite 300**
**Malvern, PA 19355**
Number, Street, City, State & ZIP Code

Contact phone **610-407-7215**   Email address **dsmith@skhlaw.com**

**59098 PA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Sacks Weston LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF PENNSYLVANIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **1845 Walnut Associates, LTD c/o Frankel Enterprises, Inc. 1845 Walnut Street Suite 2345 Philadelphia, PA 19103** | | **Rent Arrears** | | | | $58,000.00 |
| **ARCCA PO Box 78 Penns Park, PA 18943-0078** | | **Litigation Support** | | | | $4,791.99 |
| **Chase Cardmember Service PO BOX 1423 Charlotte, NC 28201-1423** | | **Credit Card** | | | | $44,474.64 |
| **Coné PLLC 1005 Heights Boulevard Houston, TX 77008** | | **Notice purposes only** | | | | $0.00 |
| **Guaranteed Subpoena Service, Inc. 2009 Moris Avenue Union, NJ 07083** | | **Litigation Support** | | | | $0.00 |
| **Jordan Litigation Funding 1601 Sansom Street, Suite 2E Philadelphia, PA 19103** | | **Loan** | **Unliquidated Disputed** | | | $124,000.00 |
| **Krueger Chiropractic 1653 Lititz Pike, #402 Lancaster, PA 17601** | | | | | | $65.00 |

Debtor **Sacks Weston LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lexitas** P.O. Box 734298 Dept. 2012 Dallas, TX 75373-4298 | | **Court Reporting** | | | | $2,076.20 |
| **Magna Legal Services, LLC** Seven Penn Center 1635 Market Street, 8th Floor Philadelphia, PA 19103 | | **Court Reporting** | | | | $279.65 |
| **OnTime Process Services, LLC** 1775 Washburn Way Klamath Falls, OR 97603 | | **Process Fees** | | | | $100.00 |
| **PNC Bank, National Association** Business Banking 1600 Market Street Philadelphia, PA 19103 | | **Line of Credit** | | | | $200,500.00 |
| **RG/2 Claims Administration LLC** 30 S 17th Street, 5th Floor Philadelphia, PA 19103 | | **Litigation Support** | | | | $3,478.93 |
| **Sacks & Weston** 1845 Walnut Street Suite 1600 Philadelphia, PA 19103 | | **Loan** | | | | $688,321.41 |
| **Sacks & Weston** 1845 Walnut Street Suite 1600 Philadelphia, PA 19103 | | **Loan** | | | | $5,530.05 |
| **Sargent's Court Reporting Service, Inc.** 210 Main Street Johnstown, PA 15901 | | **Court Reporting** | | | | $1,227.40 |
| **The Center for Forensic Economic Studies** 20 Brace Road, Suite 425 Cherry Hill, NJ 08034 | | **Litigation Support** | | | | $5,014.75 |

Debtor **Sacks Weston LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Virage SPV 1, LLC**<br>**1700 Post Oak Boulevard**<br>**2 BLVD Place**<br>**Suite 300**<br>**Houston, TX 77056** | | **Litigation Funding** | **Unliquidated**<br>**Disputed** | $14,100,000.00 | Unknown | Unknown |

1845 Walnut Associates, LTD
c/o Frankel Enterprises, Inc.
1845 Walnut Street
Suite 2345
Philadelphia, PA 19103


Andrew B. Sacks
1845 Walnut Street
Suite 1600
Philadelphia, PA 19103


ARCCA
PO Box 78
Penns Park, PA 18943-0078


Chase
Cardmember Service
PO BOX 1423
Charlotte, NC 28201-1423


Commonwealth of Pennsylvania
Department of State
401 North Street, Room 206
Harrisburg, PA 17120


Coné PLLC
1005 Heights Boulevard
Houston, TX 77008


Guaranteed Subpoena Service, Inc.
2009 Moris Avenue
Union, NJ 07083


John K. Weston
1845 Walnut Street
Suite 1600
Philadelphia, PA 19103

```
Jordan Litigation Funding
1601 Sansom Street, Suite 2E
Philadelphia, PA 19103


Krueger Chiropractic
1653 Lititz Pike, #402
Lancaster, PA 17601


Law Offices of Thomas J. Petrelli, Jr.
1816 Walnut Street
Philadelphia, PA 19103


Lexitas
P.O. Box 734298
Dept. 2012
Dallas, TX 75373-4298


Magna Legal Services, LLC
Seven Penn Center
1635 Market Street, 8th Floor
Philadelphia, PA 19103


Michael J. McCaney, Esquire
1420 Walnut Street, Suite 1108
Philadelphia, PA 19102


OnTime Process Services, LLC
1775 Washburn Way
Klamath Falls, OR 97603


PNC Bank, National Association
Business Banking
1600 Market Street
Philadelphia, PA 19103


RG/2 Claims Administration LLC
30 S 17th Street, 5th Floor
Philadelphia, PA 19103
```

Sacks & Weston
1845 Walnut Street
Suite 1600
Philadelphia, PA 19103


Sargent's Court Reporting Service, Inc.
210 Main Street
Johnstown, PA 15901


Scott E. Diamond
1845 Walnut Street
Suite 1600
Philadelphia, PA 19103


The Center for Forensic Economic Studies
20 Brace Road, Suite 425
Cherry Hill, NJ 08034


Thomas J. Petrelli
100 N. 22nd Street
Philadelphia, PA 19103


Virage SPV 1, LLC
1700 Post Oak Boulevard
2 BLVD Place
Suite 300
Houston, TX 77056


Virage SPV 1, LLC
c/o Todd Mensing, Esquire
Ahmad, Zavitsanos & Mensing, PLLC
1221 MCKinney Street, Suite 2500
Houston, TX 77010

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Sacks Weston LLC**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Sacks Weston LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Sacks & Weston**
**1845 Walnut Street**
**Suite 1600**
**Philadelphia, PA 19103**

☐ None [*Check if applicable*]

**August 25, 2023**
Date

**/s/ David B. Smith**
**David B. Smith 59098**
Signature of Attorney or Litigant
Counsel for **Sacks Weston LLC**
**Smith Kane Holman, LLC**
**112 Moores Road**
**Suite 300**
**Malvern, PA 19355**
**610-407-7215 Fax:610-407-7218**
**dsmith@skhlaw.com**