# SACKS WESTON LLC
(A Pennsylvania Limited Liability Company)

## WRITTEN CONSENT OF THE SOLE MEMBER

The undersigned, being the Sole Member of Sacks Weston LLC, a Pennsylvania limited liability company (the "Company"), hereby adopts, pursuant to Section 2 of the Company's August 24, 2020 Amended Operating Agreement (the "Operating Agreement"), the following resolutions and Sole Member Consent to the Manager's taking of all prior and future actions referred to in such resolutions:

RESOLVED, that, in the judgment of the undersigned Sole Member, it is desirable and in the best interests of the Company that the Company commence a bankruptcy case by filing a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

FURTHER RESOLVED, that, pursuant to Section 2 of the Company's Operating Agreement, the Manager elected by Sole Member to be responsible for day-to-day operation of the Company has been and shall continue to be Andrew B. Sacks; and

FURTHER RESOLVED, that, pursuant to Section 2 of the Company's Operating Agreement, the Consent of the undersigned Sole Member is hereby given, and the Manager of the Company be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Bankruptcy Court") at such time as said Manager executing the same shall determine; and

FURTHER RESOLVED, that the Manager of the Company be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and file all petitions, schedules, lists, and other papers and to take any and all actions that are deemed necessary, proper or desirable in connection with the Chapter 11 case, with a view to the successful prosecution of the case; and

FURTHER RESOLVED, that the law firm of Smith Kane Holman, LLC be, and it hereby is, employed as bankruptcy counsel for the Company under a general retainer; and

FURTHER RESOLVED, that the Manager of the Company is hereby authorized to instruct the Company's bankruptcy counsel to take all necessary steps in connection with the Company's Chapter 11 case; and

FURTHER RESOLVED, that this Written Consent of the Sole Member be filed in the minute book of the Company; and

FURTHER RESOLVED, that any and all acts by or on behalf of the Company taken by the Manager of the Company in connection with or furtherance of the foregoing resolutions prior to the adoption of these resolutions be and the same hereby are in all respects ratified, approved, and confirmed.

This Written Consent of the Sole Member shall be effective as of the 23rd day of August, 2023, upon the signing of a copy hereof by the Sole Member of the Company.

WITNESS my hand as of the date written above.

**CONSENTING SOLE MEMBER:**

**SACKS & WESTON**

By: _____
Andrew B. Sacks, President