UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| SACKS WESTON LLC | : | Case No. 23-12540 |
| | : | |
| Debtor | : | |
| | : | |

### VERIFIED STATEMENT OF SMITH KANE HOLMAN, LLC
### TO BE EMPLOYED AS COUNSEL BY DEBTOR

David B. Smith, on behalf of Smith Kane Holman, LLC, as the proposed counsel for Sacks Weston LLC ("Debtor"), pursuant to Bankruptcy Rule 2014(a) and Local Bankruptcy Rule 2014-1 respectfully represents:

1. The above-captioned Debtor filed a voluntary petition pursuant to chapter 11 of the United States Bankruptcy Code on August 25, 2023 (the "Petition Date").

2. The Debtor wishes to employ Smith Kane Holman, LLC ("SKH") as counsel in connection with its case.

3. On August 22, 2023, the Debtor engaged SKH to provide debt counseling services and, in connection therewith, on the same date, the Debtor paid a retainer in the amount of $5,000.00.

4. On August 24, 2023, the Debtor paid an additional retainer in the amount of $25,000.00, together with $1,738.00 on account of the chapter 11 filing fee.

5. At the time of the filing of the within case, SKH generated an invoice for accrued fees in the amount of $10,560.00 in addition to the filing fee of $1,738.00, all of which was paid from the combined retainer, leaving a balance of $19,440.00, which will be held as a retainer payable under and subject to approval by the Bankruptcy Court after the filing of an appropriate

application for compensation.

6. As required pursuant to Local Bankruptcy Rule 2014-1, SKH makes disclosures on attached Exhibit A with respect to payments received by SKH within the 90-day period preceding the Petition Date.

7. SKH believes it has no connection with the Debtor, the Debtor's creditors, or any other party in interest (or their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee) that would disqualify it from representing the Debtor in this case.

8. SKH is not a creditor of the Debtor.

9. SKH has represented bankrupt debtors and is able to perform services required by the Debtor relating to its chapter 11 bankruptcy case.

I, David B. Smith, managing member of Smith Kane Holman, LLC, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

SMITH KANE HOLMAN, LLC

Date: August 25, 2023

By: */s/ David B. Smith*
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7217 Phone
(610) 407-7218 Fax
*Proposed Counsel to Debtor*