**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| SACKS WESTON LLC | : | Case No. 23-12540 |
| | : | |
| Debtor | : | |
| | : | |

**COMPENSATION STATEMENT OF SMITH KANE HOLMAN, LLC,**
**COUNSEL FOR DEBTOR, PURSUANT TO BANKRUPTCY RULE 2016(b)**

The undersigned, pursuant to Bankruptcy Rule 2016(b), states as follows:

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the proposed attorney for the above-named debtor (the "Debtor") and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with the bankruptcy case is as follows:

    (a) For legal services, we have agreed to bill the Debtor at our standard hourly rates set forth in our application to be employed as Debtor's counsel.

    (b) On August 22, 2023 and August 24, 2023, we received from the Debtor payments in the amounts of $5,000.00 and $25,738.00, respectively. We applied the retainers as follows: (1) $10,560.00 for SKH's prepetition fees; (2) $1,738.00 for the filing fee; (3) $0.00 for prepetition costs; and (4) $19,440.00 as a retainer for post-petition fees and costs as applied for by SKH and approved by this Court.

    (c) There is no balance due.

2. The source of the compensation paid to us is as set forth in 1(b) above.

3. The source of compensation to be paid to us is from the remaining retainer and the Debtor's estate.

4. We have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

5. In return for the above-disclosed fee, we have agreed to provide legal services for the Debtor as set forth in the application to employ Smith Kane Holman, LLC.

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to us for representation of the Debtor in this bankruptcy proceeding.

SMITH KANE HOLMAN, LLC

Date:   August 25, 2023

By: */s/ David B. Smith*
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7217 Phone
(610) 407-7218 Fax
*Proposed Counsel to the Debtor*