# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Sacks Weston LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Sacks Weston LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Sacks & Weston
1845 Walnut Street
Suite 1600
Philadelphia, PA 19103**

☐ None [*Check if applicable*]

**August 25, 2023**
Date

**/s/ David B. Smith**
**David B. Smith 59098**
Signature of Attorney or Litigant
Counsel for **Sacks Weston LLC**
**Smith Kane Holman, LLC
112 Moores Road
Suite 300
Malvern, PA 19355
610-407-7215 Fax:610-407-7218
dsmith@skhlaw.com**