# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| SACKS WESTON LLC, | Case No. 23-12540 (PMM) |
| Debtor. | |

## CERTIFICATE OF SERVICE OF NOTICE
## TO CREDITORS WITH AN INTEREST IN CASH COLLATERAL

Pursuant to Local Rule 1007-1, Sacks Weston LLC ("Debtor"), which filed its chapter 11 petition on August 25, 2023, notified the following creditors who may have an interest in cash collateral.

| Creditor | Date of Notice | Method of Notice |
|---|---|---|
| Virage SPV I LLC | 8/25/2023 | Filing of Suggestion of Bankruptcy in pending state court litigation |
| Commonwealth of Pennsylvania | 8/30/2023 | Email to counsel |

The above noticed creditors have filed UCC-1 financing statements against the Debtor; however, the Debtor does not by notification or this certificate of service concede that such creditors do hold an interest in cash collateral under 11 U.S.C. § 363(a).

SMITH KANE HOLMAN, LLC

Date:  August 30, 2023

By: */s/ Nicholas M. Engel*
Nicholas M. Engel, Esquire
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7215 Phone
(610) 407-7218 Fax
*Proposed counsel to the Debtor*