UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| SACKS WESTON LLC, | Case No. 23-12540 (PMM) |
| Debtor. | |

## PRAECIPE TO SUBSTITUTE EXHIBIT

TO THE CLERK:

Please substitute the attached Exhibit "F" for the original Exhibit "F" attached to the Debtor's Motion for Interim and Final Orders (I) Authorizing Use Of Alleged Cash Collateral; (II) Granting Provisional Adequate Protection; (III) Scheduling an Expedited Hearing; and (IV) Granting Related Relief *(Dkt. No. 17)*.

SMITH KANE HOLMAN, LLC

Date: September 12, 2023

By: */s/ David B. Smith*
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7215 Phone
(610) 407-7218 Fax
*Counsel to the Debtor*

# EXHIBIT F

**SACKS WESTON, LLC - EXPENSES FROM PETITION DATE THROUGH SEPTEMBER 30, 2023**

| Vendor | Expense |
|---|---|
| Payroll | $5,600.00 |
| Rent | $8,250.00 |
| Storage unit | $135.00 |
| Office Expense | $50.00 |
| Postage | $50.00 |
| Total Technology - telephone | $300.00 |
| Total Technology - computer services | $1,200.00 |
| Cogent - internet | $300.00 |
| Hartford - workers comp | $35.00 |
| Hartford - business owners | $125.00 |
| Malpractice Insurance | $0.00 |
| Health Insurance/My Benefit Advisor | $3,400.00 |
| Envision/JKW prescription | $25.00 |
| Office Expense | $240.00 |
| Canon copy machine | $220.00 |
| Thomas Reuters/Westlaw | $1,100.00 |
| Scorpion - website/marketing | $1,000.00 |
| CliftonLarsonAllen - accounting | $0.00 |
| Portfolio Media - Law 360 | $150.00 |
| TOTAL: | $22,180.00 |