**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In re: | CHAPTER 11 |
| SACKS WESTON LLC | Case No. 23-12540 (PMM) |
| Debtor |  |

**NOTICE OF DEBTOR'S WITHDRAWAL *WITHOUT PREJUDICE* OF
MOTION FOR INTERIM AND FINAL ORDERS
(I) DETERMINING THAT CERTAIN FUNDS ARE NOT CASH COLLATERAL;
(II) TO THE EXTENT THERE IS CASH COLLATERAL, AUTHORIZING USE
THEREOF AND GRANTING PROVISIONAL ADEQUATE PROTECTION;
(III) SCHEDULING AN EXPEDITED HEARING;
AND (IV) GRANTING RELATED RELIEF**

TO THE CLERK:

Kindly mark the Debtor's Motion For Interim And Final Orders (I) Determining That Certain Funds Are Not Cash Collateral; (II) To The Extent There Is Cash Collateral, Authorizing Use Thereof And Granting Provisional Adequate Protection; (III) Scheduling An Expedited Hearing; And (IV) Granting Related Relief (*Dkt. No. 17*) **withdrawn without prejudice**.

In light of the forgoing, the hearing on the Debtor's further or final use of cash collateral scheduled for October 25, 2023 at 2:00 p.m. (*Dkt. No. 44*) should be ***cancelled.***

SMITH KANE HOLMAN, LLC

Date: October 18, 2023

By: */s/ David B. Smith*
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7215 Phone
(610) 407-7218 Fax
*Counsel to the Debtor*