



1005 Heights Boulevard
Houston, Texas 77008

(713) 955-2729 Phone
(806) 243-5753 Fax

November 28, 2023

United State Bankruptcy Court
900 Market Street, Suite 400
Philadelphia, PA 19107

RE: Cause No. 23-12540 Voluntary Bankruptcy of Sacks Weston LLC

Dear Court Clerk,

This letter is to serve as a request for prarecipe to withdraw proof of claims 6 and 7 in the above captioned bankruptcy case.

This case concerning the debtor listed below, was filed under Chapter 11 of the United States Bankruptcy Code and entered on 08/25/2023 at 4:04 PM.

**Sacks Weston LLC**
1845 Walnut Street Suite 1600
Philadelphia, PA 19103
Tax ID / EIN: 20-1286901
*fdba* **Sacks Weston Millstein Diamond LLC**
*fdba* **Sacks Weston Diamond LLC**

The case was filed by the debtor's attorney:
**DAVID B. SMITH**
Smith Kane Holman, LLC
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7217

A corrected proof of claim has been filed as instructed with the correct spelling of the creditor's name. Please reach out and let me know if you have any questions.

Sincerely,

*Misty Hataway-Coné*

**Coné PLLC**
Misty A. Hataway-Coné
Texas Bar No. 24032277
misty@conepllc.com