# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| SACKS WESTON LLC | : | Case No. 23-12540 (PMM) |
| Debtor | : | |

## ORDER

AND NOW, this 13th day of December 2023, upon consideration of the Debtor's Motion Pursuant to 11 U.S.C. Section 1121(d) of the Bankruptcy Code for an Order Extending the Exclusive Periods During Which the Debtor May File and Confirm a Plan of Reorganization (the "Exclusivity Motion"), and the Court being satisfied that the relief sought in the Exclusivity Motion is in best interests of the Debtor, its bankruptcy estate and creditors and other parties in interest, and that sufficient cause appearing therefore, it is hereby:

ORDERED that the Motion is GRANTED in its entirety, and it is further

ORDERED that the period during which the Debtor has the exclusive right to file a plan of reorganization is extended from the current expiration date of December 23, 2023 to February 21, 2024; and the period during which the Debtor has the exclusive right to solicit acceptances of such plan is extended from the current expiration date of February 21, 2024 to April 22, 2024.

BY THE COURT:

*Patricia M. Mayer*

Honorable Patricia M. Mayer
United States Bankruptcy Judge