**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
|  | : |  |
| SACKS WESTON LLC | : | Case No. 23-12540 (PMM) |
|  | : |  |
| Debtor | : |  |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

The above Debtor has filed a Motion for (i) a Determination Regarding the Applicability of 11 U.S.C. § 552 to Legal Fees Earned Postpetition and (ii) Approval of an Expedited Procedure by Which the Debtor's Case Revenues Shall Be Characterized as and Between Prepetition and Postpetition Earnings (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.   If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **February 6, 2024**, you or your attorney must do all of the following:

   (a)   file an answer explaining your position at

   Clerk, United States Bankruptcy Court
   900 Market Street
   Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b)   mail a copy to the movant's attorney:

   Nicholas M. Engel, Esquire
   SMITH KANE HOLMAN, LLC
   112 Moores Road, Suite 300
   Malvern, PA 19355
   (610) 407-7216 Phone
   (610) 407-7218 Fax

      2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.      A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on ***February 14, 2024 at 9:30 a.m.*** in Courtroom 1, United Stated Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: January 19, 2024

Nicholas M. Engel, Esquire
SMITH KANE HOLMAN, LLC
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7216 Phone
(610) 407-7218 Fax