**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF**
**PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Sacks Weston, LLC, | : | Chapter 11 |
| | : | |
| Debtor. | : | Bky. No. 23-12540 (PMM) |
| | : | |
| | : | |

## ORDER DENYING MOTION

**AND NOW**, upon consideration of the Debtor's Motion to Extend Exclusivity Period for Filing Chapter 11 Plan and Disclosure Statement (doc. #93) and the Objection of Virage SPV LLC thereto (doc. #99);

AND a hearing with regard to the Motion having been held and concluded on February 14, 2024;

AND for the reasons stated on the record, it is hereby **ordered** that the Motion is **denied**.

Dated: 2/14/24

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**