**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| SACKS WESTON LLC | : | Case No. 23-12540 (PMM) |
| | : | |
| Debtor | : | |

**DEBTOR'S NOTICE TO WITHDRAW ITS OPPOSITION TO DISMISSAL OF ITS CHAPTER 11 BANKRUPTCY CASE**

TO THE CLERK:

**Background**

A.   Sacks Weston, LLC (the "Debtor") filed its voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), on August 25, 2023 (the "Petition Date") and since then has continued to possess its property and operate its business as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

B.   There has been no Official Committee of Unsecured Creditors formed in this case.

C.   On March 20, 2024, Virage SPV I, LLC ("Virage") filed a certain Motion to Dismiss Debtor's Bankruptcy Petition Pursuant to Section 1112 of the Bankruptcy Code (the "Dismissal Motion").  *See Dkt. No. 124.*

D.   On March 22, 2024, Jordan Litigation Funding ("Jordan") filed a response to the Dismissal Motion in the nature of a concurrence and joinder to the relief being sought by Virage in its Dismissal Motion.  *See Dkt. No. 129.*

E.   On April 3, 2024, the Debtor filed an objection to the Dismissal Motion (the

"Objection"). *See Dkt. No. 132.*

  F. On April 8, 2024, Virage filed a reply to the Debtor's objection to the Dismissal Motion. *See Dkt. No. 133.*

  G. No party, other than the Debtor and Jordan responded to the Dismissal Motion, all as set forth above.

  H. On April 10, 2024, this Court conducted an evidentiary hearing on the Dismissal Motion, but as of the filing of this Notice has not yet entered an order disposing of the Dismissal Motion.

  I. While the Debtor does not believe that Virage has met its burden to cause the Debtor's chapter 11 case to be dismissed, the Debtor does anticipate significant obstacles to obtaining the requisite votes to confirm its filed Chapter 11 Plan of Reorganization (*see Dkt. No. 109)* pursuant to Bankruptcy Code Section 1129(a) or (b) and, thus, to minimize the time and costs imposed upon the Debtor and on the other parties, and to reduce the ongoing burdens imposed upon, and the judicial resources devoted by, this Court, the Debtor has elected to file the within Notice to withdraw its opposition to the Dismissal Motion and to consent to this Court entering an Order dismissing the Debtor's within chapter 11 bankruptcy case.

**Debtor's Notice to the Court**

Incorporating the foregoing Background herein, the Debtor submits this Notice to memorialize its lack of opposition to relief in the form of dismissal of its chapter 11 bankruptcy case and for the entry of an Order dismissing the Debtor's chapter 11 case forthwith as per the attached proposed Order.  By no longer opposing relief in the form of dismissal of its bankruptcy case, the Debtor is not withdrawing its Objection or in any way admitting to any of the allegations set forth in the Dismissal Motion, but merely not opposing the dismissal of its bankruptcy case.

                                        SMITH KANE HOLMAN, LLC

Date:  April 24, 2024                By: */s/ David B. Smith*
                                              David B. Smith, Esquire
                                              Nicholas M. Engel, Esquire
                                              112 Moores Road, Suite 300
                                              Malvern, PA 19355
                                              Tel: (610) 407-7216
                                              Fax: (610) 407-7218
                                              *Counsel to the Debtor*